UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AUDREY MEDOY,

       Plaintiff,

 -against-

WARNACO EMPLOYEES' LONG TERM
DISABILITY INSURANCE PLAN,
and WARNACO INC., personally and as
Administrator of the WARNACO
EMPLOYEES' LONG TERM DISABILITY
INSURANCE PLAN,

       Defendants.
-------------------------------------------------------------X
WARNACO EMPLOYEES' LONG TERM
DISABILITY INSURANCE PLAN,
and WARNACO INC., personally and as
Administrator of the WARNACO
EMPLOYEES' LONG TERM DISABILITY
INSURANCE PLAN,

       Third-Party Plaintiffs,

 -against-

CIGNA CORPORATION, INSURANCE
COMPANY OF NORTH AMERICA,

       Third-Party Defendants.
-------------------------------------------------------------X

JUDGMENT
97-CV-6612 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 28 2005
TIME A.M. _____ P.M.

   An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 25, 2005, dismissing defendant Warnaco Inc. in its personal capacity; and directing the Clerk of the Court to enter a final judgment of dismissal with respect to defendant Warnaco Inc. in its personal capacity; it is

JUDGMENT
97-CV- 6612 (SJ)

      ORDERED and ADJUDGED that a final judgment of dismissal is hereby entered with respect to defendant, Warnaco Inc., in its personal capacity.

Dated: Brooklyn, New York
       April 27, 2005

                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court